**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                 Case No. 3:09-cv-96-J-32MCR

JOHN L. HALL, III,

        Defendant.

## **ORDER**

This case is before the Court on Plaintiff United States of America's Renewed Motion for Entry of Default Judgment (Doc. 16). A Clerk's default was entered against Defendant, who has yet to file a formal appearance in this action, on March 20, 2009. (Doc. 9). Subsequent to a hearing at which the parties indicated settlement was a possibility (Doc. 13), the Court denied Plaintiff's initial Motion for Default Judgment without prejudice and instructed Defendant to advise the Court as to how he intended to proceed (Doc. 14). Defendant has failed to respond in a timely manner, and Plaintiff has renewed its efforts to secure a final default judgment.

Plaintiff seeks the sum of $6,737.75, consisting of $4,586.66 in unpaid student loan principal plus $2,151.09 in interest accrued through April 1, 2010. In addition, Plaintiff seeks interest on this sum at the rate of 7.75% per annum from April 1, 2010 to the date of judgment, post-judgment interest at the legal rate pursuant to 28 U.S.C. § 1961, and $375 in taxed costs. Plaintiff has provided sufficient supporting documentation for these amounts (Doc. 16, Ex. B-C), and upon consideration, the Court finds default judgment is now due to

be entered pursuant to Fed.R.Civ.P. 55(b).  Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Renewed Motion for Entry of Default Judgment (Doc. 16) is **GRANTED**.

2. The Clerk is directed to enter a default judgment in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant JOHN L. HALL, III, in the amount of $6,737.75, together with interest at the rate of 7.75% per annum from April 1, 2010 to the date of this judgment, and together with the sum of $375 in taxed costs.  This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961.

3. Thereafter, the Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of May, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jmm.
Copies:
counsel of record
pro se party